# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:23-M -03473(1) |
| | § |
| (1) Ali Aoun | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 10, 2023** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title     **8**     United States Code, Section(s)     **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, Reynaga, Jeremy** and that this complaint is based on the following facts: *"On or about December 10, 2023, the defendant, Ali Aoun, an alien who is a native and citizen of Lebanon, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

Sworn to before me and subscribed in my presence,            /s/ Reynaga, Jeremy
                                                             Signature of Complainant
                                                             Reynaga, Jeremy
                                                             Border Patrol Agent

12/21/2023                                        at    DEL RIO, Texas
File Date                                               City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE                          Signature of Judicial Officer